# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

UNITED STATES OF AMERICA    )
)
)
)
v.         )      CR625-020
)
ANGEL RODRIGUEZ-RODRIGUEZ    )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Katie A. Brewington** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Katie A. Brewington** be granted leave of absence for the following periods:  June 2, 2026; June 10, 2026 through June 12, 2026; June 18, 2026; June 30, 2026; July 7, 2026; July 8, 2026; and August 4, 2026.

**SO ORDERED**, this the ___18th___ day of May, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA